G. DAVID ROBERTSON, ESQ. (NV Bar 1001)
KIRK C. JOHNSON, ESQ. (NV Bar 4299)
Robertson, Johnson, Miller & Williamson
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone No.: (775) 329-5600
Facsimile No.: (775) 348-8300
gdavid@nvlawyers.com
kirk@nvlawyers.com
Attorneys for Defendant ICON RENO
PROPERTY OWNER POOL 3 NEVADA, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ACH FOAM TECHNOLOGIES, INC. (f/k/a ACH HOLDINGS, INC.), a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ICON RENO PROPERTY OWNER POOL 3 NEVADA, LLC, a foreign limited liability Company, DOES 1 through 10; and ROE CORPORATION 1 through 10,<br><br>Defendants. | Case No. 3:18-CV-00034-MMD-WGC |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**
**(FIRST REQUEST)**

**WHEREAS,** Defendant Icon Reno Property Owner Pool 3 Nevada, LLC has just recently retained local counsel to defend this action and said counsel needs additional time to review and analyze the Complaint, confer with the client and gain an understanding of the facts and nature of the dispute before filing a responsive pleading; therefore,

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, that Defendant Icon Reno Property Owner Pool 3 Nevada, LLC shall have to and including March 6, 2018, to answer or otherwise respond to the Complaint in this action.

Robertson, Johnson, Miller & Williamson
50 West Liberty Street, Suite 600
Reno, Nevada 89501

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
(FIRST REQUEST)
PAGE 1

IT IS SO STIPULATED:

DATED this 20th day of February, 2018.

HOLLAND & HART LLP

By: _____
Matthew B. Hippler, Esq.
Tamara Reid, Esq.
*Attorneys for Plaintiff*

DATED this 20th day of February, 2018.

ROBERTSON, JOHNSON
MILLER & WILLIAMSON

By: _____
Kirk C. Johnson, Esq.
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 21, 2018.

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
(FIRST REQUEST)
PAGE 2

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501