G. DAVID ROBERTSON, ESQ. (NV Bar 1001)
KIRK C. JOHNSON, ESQ. (NV Bar 4299)
Robertson, Johnson, Miller & Williamson
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone No.: (775) 329-5600
Facsimile No.: (775) 348-8300
gdavid@nvlawyers.com
kirk@nvlawyers.com
Attorneys for Defendant ICON RENO
PROPERTY OWNER POOL 3 NEVADA, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ACH FOAM TECHNOLOGIES, INC. (f/k/a ACH HOLDINGS, INC.), a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ICON RENO PROPERTY OWNER POOL 3 NEVADA, LLC, a foreign limited liability Company, DOES 1 through 10; and ROE CORPORATION 1 through 10,<br><br>Defendants. | Case No. 3:18-CV-00034-MMD-WGC |

## STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
## (SECOND REQUEST)

**WHEREAS,** counsel for Defendant Icon Reno Property Owner Pool 3 Nevada, LLC is still trying to gather some additional documents and information in order to gain a full understanding of the dispute and finalize its responsive pleading and has otherwise had his time and attention focused on other urgent matters over the last two weeks; therefore,

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, that Defendant Icon Reno Property Owner Pool 3 Nevada, LLC shall have to and including March 9, 2018, to answer or otherwise respond to the Complaint in this action.

Robertson, Johnson, Miller & Williamson
50 West Liberty Street, Suite 600
Reno, Nevada 89501

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
(FIRST REQUEST)
PAGE 1

**IT IS SO STIPULATED:**

DATED this 5th day of March, 2018.

        HOLLAND & HART LLP

        By: _____
            Matthew B. Hippler, Esq.
            Tamara Reid, Esq.
            *Attorneys for Plaintiff*

DATED this 5th day of March, 2018.

        ROBERTSON, JOHNSON
        MILLER & WILLIAMSON

        By: _____
            Kirk C. Johnson, Esq.
            *Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: March 6, 2018

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
(FIRST REQUEST)
PAGE 2