Matthew B. Hippler (SBN 7015)
Tamara Reid (SBN 9840)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Phone: 775-327-3049
Fax: 775-786-6179
mhippler@hollandhart.com
treid@hollandhart.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ACH FOAM TECHNOLOGIES, INC. (f/k/a ACH HOLDINGS, INC.), a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>ICON RENO PROPERTY OWNER POOL 3 NEVADA, LLC, a foreign limited liability company; DOES 1 through 10; and ROE CORPORATION 1 through 10,<br><br>Defendants. | Case No. 3:18-cv-00034-MMD-WGC<br><br>**STIPULATION FOR EXTENSION OF TIME TO OPPOSE MOTION TO DISMISS**<br>**[First Request]** |

Plaintiff, ACH Foam Technologies, Inc. (f/k/a ACH Holdings, Inc.) ("ACH"), and Defendant, ICON Reno Property Owner Pool 3 Nevada, LLC ("ICON"), hereby submit this Stipulation for Extension of Time to Oppose Motion to Dismiss

1. ICON filed its Motion to Dismiss for Lack of Subject Matter Jurisdiction [ECF 11] (the "Motion") on March 9, 2018.

2. ACH's opposition to the Motion is due March 23, 2018. Additional time is needed for ACH's counsel to complete the document review required to prepare ACH's opposition to the Motion as well as due to other matters requiring ACH's counsel's attention.

3. This is the first request for an extension, and this request is not for the purposes of delay.

///

///

1

4. The parties agree that ACH shall have to, and including, April 4, 2018 to oppose the Motion.

DATED this 21st day of March, 2018.

/s/ Matthew B. Hippler
Matthew B. Hippler (SBN 7015)
Tamara Reid (SBN 9840)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
*Attorneys for Plaintiff*

G. David Robertson, (SBN 1001)
Kirk C. Johnson (SBN 4299)
ROBERTSON, JOHNSON, MILLER & WILLIAMSON
50 W. Liberty Street, Suite 600
Reno, Nevada 89501
Tel: (775) 329-5600
Fax: (775) 348-8300
*Attorneys for Defendant,*

**ORDER**

IT IS SO ORDERED.

UNITED STATES ~~MAGISTRATE~~ JUDGE

DATED: March 22, 2018

2