G. DAVID ROBERTSON, ESQ. (NV Bar 1001)
KIRK C. JOHNSON, ESQ. (NV Bar 4299)
Robertson, Johnson, Miller & Williamson
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone No.: (775) 329-5600
Facsimile No.: (775) 348-8300
gdavid@nvlawyers.com
kirk@nvlawyers.com
Attorneys for Defendant ICON RENO
PROPERTY OWNER POOL 3 NEVADA, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ACH FOAM TECHNOLOGIES, INC. (f/k/a ACH HOLDINGS, INC.), a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ICON RENO PROPERTY OWNER POOL 3 NEVADA, LLC, a foreign limited liability Company, DOES 1 through 10; and ROE CORPORATION 1 through 10,<br><br>Defendants. | Case No. 3:18-CV-00034-MMD-WGC |

## STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS
### (FIRST REQUEST)

**WHEREAS,** Defendant Icon Reno Property Owner Pool 3 Nevada, LLC ("Icon") filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction (ECF 11) on March 9, 2018 ("the Motion");

**WHEREAS,** Plaintiff filed Plaintiff's Opposition to Motion to Dismiss for Lack of Subject Matter Jurisdiction (ECF 16) on April 3, 2018 ("Opposition");

**WHEREAS,** Icon's reply in support of the Motion is currently due on April 10, 2018, but, due to other pressing matters requiring the attention of Icon's counsel, said counsel needs

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno. Nevada 89501

STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS
(FIRST REQUEST)
PAGE 1

additional time to research the issues raised in Plaintiff's Opposition and to otherwise prepare an appropriate reply brief;

**WHEREAS,** this is Icon's first request for an extension of time to file its reply brief, and this request is not being pursued for purposes of delay; therefore,

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, that Defendant Icon Reno Property Owner Pool 3 Nevada, LLC shall have to and including April 20, 2018, to file its reply brief in support the Motion.

**IT IS SO STIPULATED:**

DATED this 9th day of April, 2018.

HOLLAND & HART LLP

By: _____
Matthew B. Hippler, Esq.
Tamara Reid, Esq.
*Attorneys for Plaintiff*

DATED this 9th day of April, 2018.

ROBERTSON, JOHNSON
MILLER & WILLIAMSON

By: _____
Kirk C. Johnson, Esq.
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
DATED: april 9, 2018

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS
(FIRST REQUEST)
PAGE 2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and Local Rule 5-4, I hereby certify that I am an employee of Robertson, Johnson, Miller & Williamson, over the age of eighteen, and not a party to the within action. I further certify that on the 20th day of February, 2018, I electronically filed this **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)** and thus, pursuant to LR 5-4, caused same to be served by electronic mail on the following Filing Users:

Matthew B. Hippler, Esq. (SBN 7015)
Tamara Reid, Esq. (SBN 9840)
Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511
mhippler@hollandhart.com
treid@hollandhart.com

/s/ Teresa W. Stovak
An Employee of Robertson, Johnson,
Miller & Williamson