G. DAVID ROBERTSON, ESQ. (NV Bar 1001)
KIRK C. JOHNSON, ESQ. (NV Bar 4299)
Robertson, Johnson, Miller & Williamson
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone No.: (775) 329-5600
Facsimile No.: (775) 348-8300
gdavid@nvlawyers.com
kirk@nvlawyers.com
Attorneys for Defendant ICON RENO
PROPERTY OWNER POOL 3 NEVADA, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ACH FOAM TECHNOLOGIES, INC. (f/k/a ACH HOLDINGS, INC.), a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ICON RENO PROPERTY OWNER POOL 3 NEVADA, LLC, a foreign limited liability Company, DOES 1 through 10; and ROE CORPORATION 1 through 10,<br><br>Defendants. | Case No. 3:18-CV-00034-MMD-WGC |

### STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS
### (SECOND REQUEST)

**WHEREAS,** Defendant Icon Reno Property Owner Pool 3 Nevada, LLC ("Icon") filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction (ECF 11) on March 9, 2018 ("the Motion");

**WHEREAS,** Plaintiff filed Plaintiff's Opposition to Motion to Dismiss for Lack of Subject Matter Jurisdiction (ECF 16) on April 3, 2018 ("Opposition");

**WHEREAS,** Icon's reply in support of the Motion is, after an initial stipulation to extend the deadline, currently due on April 20, 2018;

Robertson, Johnson, Miller & Williamson
50 West Liberty Street, Suite 600
Reno, Nevada 89501

STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS
(SECOND REQUEST)
PAGE 1

WHEREAS, Icon's counsel has had his time and attention diverted to two other important matters over the last week or so which delayed his draft reply brief, such that counsel now needs an additional business day to finish the draft reply brief and obtain and incorporate input on said brief from various persons;

WHEREAS, this is Icon's second request for an extension of time to file its reply brief, but this request is not being pursued for purposes of delay; therefore,

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, that Defendant Icon Reno Property Owner Pool 3 Nevada, LLC shall have to and including April 23, 2018, to file its reply brief in support the Motion.

**IT IS SO STIPULATED:**

DATED this 20th day of April, 2018.

HOLLAND & HART LLP

By: _____
Matthew B. Hippler, Esq.
Tamara Reid, Esq.
*Attorneys for Plaintiff*

DATED this 20th day of April, 2018.

ROBERTSON, JOHNSON
MILLER & WILLIAMSON

By: _____
Kirk C. Johnson, Esq.
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
DATED: __April 20, 2018__

Robertson, Johnson, Miller & Williamson
50 West Liberty Street, Suite 600
Reno. Nevada 89501

STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS (SECOND REQUEST)
PAGE 2