G. DAVID ROBERTSON, ESQ. (NV Bar 1001)
KIRK C. JOHNSON, ESQ. (NV Bar 4299)
Robertson, Johnson, Miller & Williamson
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone No.: (775) 329-5600
Facsimile No.: (775) 348-8300
gdavid@nvlawyers.com
kirk@nvlawyers.com
Attorneys for Defendant ICON RENO
PROPERTY OWNER POOL 3 NEVADA, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MFR HOLDCO, LLC, a foreign limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ICON RENO PROPERTY OWNER POOL 3 NEVADA, LLC, a foreign limited liability Company, DOES 1 through 10; and ROE CORPORATION 1 through 10,<br><br>Defendants. | Case No. 3:18-CV-00034-MMD-WGC |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**
**(FIRST REQUEST)**

    **WHEREAS,** Plaintiff filed its First Amended Complaint on such a date (December 19) that virtually all of Defendant's counsel's time to review and respond to said pleading fell over the Christmas holiday period;

    **WHEREAS,** Defendant's counsel had scheduled holiday time with his family out of the area and is now having to attend to some unexpected, urgent year-end business. These events have either taken him away from the office or re-directed his attention to time-sensitive, critical issues; therefore,

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT
(FIRST REQUEST)
PAGE 1

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, that Defendant Icon Reno Property Owner Pool 3 Nevada, LLC shall have to and including January 11, 2019, to answer or otherwise respond to the First Amended Complaint in this action.

**IT IS SO STIPULATED:**

DATED this 31st day of December, 2018.

HOLLAND & HART LLP

By: /s/ Matthew B. Hippler
Matthew B. Hippler, Esq.
Frank Z. LaForge, Esq.
*Attorneys for Plaintiff*

DATED this 31st day of December, 2018.

ROBERTSON, JOHNSON
MILLER & WILLIAMSON

By: /s/ Kirk C. Johnson
Kirk C. Johnson, Esq.
*Attorneys for Defendant*

## **ORDER**

**IT IS SO ORDERED**:

*William G. Cobb*

UNITED STATES MAGISTRATE JUDGE
DATED: January 2, 2019

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT
(FIRST REQUEST)
PAGE 2