Matthew B. Hippler (SBN 7015)
Frank Z. LaForge (SBN 12246)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Phone: 775-327-3049
Fax: 775-786-6179
mhippler@hollandhart.com
fzlaforge@hollandhart.com

Attorneys for Plaintiff/Counter-defendant
and Counter-defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MFR HOLDCO, LLC, a foreign limited liability company, | Case No.  3:18-cv-00034-MMD-WGC |
| Plaintiff, | |
| v. | |
| ICON RENO PROPERTY OWNER POOL 3 NEVADA, LLC, a foreign limited liability company; DOES 1 through 10; and ROE CORPORATION 1 through 10, | **STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIM** |
| Defendants. | **[FIRST REQUEST]** |
| ICON RENO PROPERTY OWNER POOL 3 NEVADA, LLC, a foreign limited liability Company, | |
| Counter-claimant, | |
| v. | |
| MFR HOLDCO, LLC; ACH FOAM TECHNOLOGIES, INC.; FRANK KIESECKER, JR., individually; RICHARD L. WALLER, individually; MICHAEL S. HUEMPFNER, individually, | |
| Counter-defendants. | |

Plaintiff/Counter-defendant MFR HOLDCO, LLC and Counter-defendants ACH FOAM TECHNOLOGIES, INC., FRANK KIESECKER, JR., RICHARD L. WALLER, and MICHAEL S. HUEMPFNER (collectively, "Counter-defendants"), by and through their counsel

1

of record, and Defendant/Counter-claimant, ICON Reno Property Owner Pool 3 Nevada, LLC ("ICON"), by and through its counsel of record, hereby submit this Stipulation for an extension of time to respond to counterclaims asserted in ICON's Answer to First Amended Complaint and Counterclaim [ECF 42] (the "Counterclaim") based on the following:

1. ICON filed its Counterclaim on January 16, 2019.

2. MFR HOLDCO, LLC's response to the Counterclaim is due on or before February 6, 2019.

3. Counsel for the Counter-defendants has agreed to accept service of process for the Counterclaim on behalf of his clients. For that reason, the Counter-defendants' response to the Counterclaim has not yet been determined.

4. As consideration for accepting service of process and so that counsel for MFR HOLDCO, LLC and the Counter-defendants does not have responses to the Counterclaim due on different days, the parties agree that MFR HOLDCO, LLC and the Counter-defendants shall have to, and including, February 26, 2019 to file their respective responses to the Counterclaim.

5. This is the first request for an extension related to the Counterclaim, and this request is not for the purposes of delay.

///
///
///
///
///
///
///
///
///
///
///

HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511

6. The parties agree that nothing in this Stipulation shall submit the Counter-defendants to the jurisdiction of this Court, and that the Counter-defendants do not waive any defenses to this action by submitting this Stipulation to the Court.

DATED this 1st day of February, 2019.


_/s/ Matthew B. Hippler_
Matthew B. Hippler (SBN 7015)
Tamara Reid (SBN 9840)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
*Attorneys for Plaintiff/Counter-Defendant and Counter-Defendants*

_/s/ Kirk C. Johnson_
G. David Robertson, (SBN 1001)
Kirk C. Johnson (SBN 4299)
ROBERTSON, JOHNSON, MILLER & WILLIAMSON
50 W. Liberty Street, Suite 600
Reno, Nevada 89501
Tel: (775) 329-5600
Fax: (775) 348-8300
*Attorneys for Defendant/Counter-Claimant*


**ORDER**

IT IS SO ORDERED.

William G. Cobb
UNITED STATES MAGISTRATE JUDGE

DATED: February 4, 2019

HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511