| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | G. DAVID ROBERTSON, ESQ. (NV Bar 1001)<br>KIRK C. JOHNSON, ESQ. (NV Bar 4299)<br>Robertson, Johnson, Miller & Williamson<br>50 West Liberty Street, Suite 600<br>Reno, Nevada 89501<br>Telephone No.: (775) 329-5600<br>Facsimile No.: (775) 348-8300<br>gdavid@nvlawyers.com<br>kirk@nvlawyers.com<br>Attorneys for Defendant/Counterclaimant ICON RENO<br>PROPERTY OWNER POOL 3 NEVADA, LLC |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MFR HOLDCO, LLC, a foreign limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>ICON RENO PROPERTY OWNER POOL 3 NEVADA, LLC, a foreign limited liability Company,<br><br>    Defendants. | Case No. 3:18-cv-00034-MMD-WGC |
| ICON RENO PROPERTY OWNER POOL 3 NEVADA, LLC, a foreign limited liability Company,<br><br>    Counterclaimant.<br><br>vs.<br><br>MFR HOLDCO, LLC,; ACH FOAM TECHNOLOGIES, INC.; FRANK KIESECKER, JR., individually; RICHARD L. WALLER, individually; MICHAEL S. HUEMPFNER, individually,<br><br>    Counterdefendants. | |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS COUNTERCLAIM**
**(SECOND REQUEST)**

**WHEREAS,** Counterdefendants Kiesecker, Waller and Huempfner filed a Motion to Dismiss Counterclaim (ECF 52) on February 26, 2019 ("the Motion");

**WHEREAS**, Counterclaimant's opposition to the Motion is currently due on or before March 26, 2019;

**WHEREAS,** the parties participated in a mediation on March 4, 2019, and reached a tentative settlement of the action;

**WHEREAS,** the parties are still working to finalize that tentative settlement;

**WHEREAS**, the settlement will obviate the need for Counterclaimant to file an opposition to the Motion; and

**WHEREAS**, the parties agree that the Counterclaimant should not be required to expend time and money opposing the Motion if the parties can finalize their settlement, such that an extension of time for Counterclaimaint to file said opposition, while the parties work to finalize their settlement, makes good sense,

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, that Counterclaimant Icon Reno Property Owner Pool 3 Nevada, LLC shall have to and including April 9, 2019, to file its opposition to Plaintiff's Motion to Dismiss Counterclaim in this action.

**IT IS SO STIPULATED:**

| | |
|---|---|
| DATED: March 26, 2019 | DATED: March 26, 2019. |
| HOLLAND & HART LLP | ROBERTSON, JOHNSON<br>MILLER & WILLIAMSON |
| By: /s/ *Matthew B. Hippler*<br>   Matthew B. Hippler, Esq.<br>   Frank Z. LaForge, Esq.<br>   *Attorneys for Plaintiff/*<br>   *Counterdefendants* | By: */s/ Kirk C. Johnson*<br>   Kirk C. Johnson, Esq.<br>   *Attorneys for Defendant/*<br>   *Counterclaimant* |

**ORDER**

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE
DATED: 3/27/2019