G. DAVID ROBERTSON, ESQ. (NV Bar 1001)
KIRK C. JOHNSON, ESQ. (NV Bar 4299)
Robertson, Johnson, Miller & Williamson
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone No.: (775) 329-5600
Facsimile No.: (775) 348-8300
gdavid@nvlawyers.com
kirk@nvlawyers.com
Attorneys for Defendant/Counterclaimant ICON RENO
PROPERTY OWNER POOL 3 NEVADA, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MFR HOLDCO, LLC, a foreign limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ICON RENO PROPERTY OWNER POOL 3 NEVADA, LLC, a foreign limited liability Company,<br><br>Defendants. | Case No. 3:18-cv-00034-MMD-WGC |
| ICON RENO PROPERTY OWNER POOL 3 NEVADA, LLC, a foreign limited liability Company,<br><br>Counterclaimant.<br><br>vs.<br><br>MFR HOLDCO, LLC.; ACH FOAM TECHNOLOGIES, INC.; FRANK KIESECKER, JR., individually; RICHARD L. WALLER, individually; MICHAEL S. HUEMPFNER, individually,<br><br>Counterdefendants. | |

**<u>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS COUNTERCLAIM</u>**
**(THIRD REQUEST)**

**WHEREAS,** Counterdefendants Kiesecker, Waller and Huempfner filed a Motion to Dismiss Counterclaim (ECF 52) on February 26, 2019 ("the Motion");

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS COUNTERCLAIM
(THIRD REQUEST)
PAGE 1

**WHEREAS**, Counterclaimant's opposition to the Motion is currently due on or before April 9, 2019;

**WHEREAS,** the parties participated in a mediation on March 4, 2019, and reached a tentative settlement of the action;

**WHEREAS,** the parties are still working to finalize that tentative settlement and are currently engaged in trying to resolve the last remaining issue (although Plaintiff's counsel will be out of the office during the week of April 8);

**WHEREAS**, the settlement will obviate the need for Counterclaimant to file an opposition to the Motion; and

**WHEREAS**, the parties agree that the Counterclaimant should not be required to expend time and money opposing the Motion if the parties can finish finalizing their settlement, such that an extension of time for Counterclaimaint to file said opposition, while the parties work to finalize their settlement, makes good sense,

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, that Counterclaimant Icon Reno Property Owner Pool 3 Nevada, LLC shall have to and including April 30, 2019, to file its opposition to Plaintiff's Motion to Dismiss Counterclaim in this action.

**IT IS SO STIPULATED:**

DATED: April 5, 2019

HOLLAND & HART LLP

By: /s/ *Matthew B. Hippler*
   Matthew B. Hippler, Esq.
   Frank Z. LaForge, Esq.
*Attorneys for Plaintiff/
Counterdefendants*

DATED: April 5, 2019.

ROBERTSON, JOHNSON
MILLER & WILLIAMSON

By: */s/ Kirk C. Johnson*
   Kirk C. Johnson, Esq.
*Attorneys for Defendant/
Counterclaimant*

## **ORDER**

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE
DATED: April 9, 2019

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS COUNTERCLAIM
(THIRD REQUEST)
PAGE 2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and Local Rule 5-4, I hereby certify that I am an employee of Robertson, Johnson, Miller & Williamson, over the age of eighteen, and not a party to the within action. I further certify that on the 5th day of April, 2019, I electronically filed this **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS COUNTERCLAIM (THIRD REQUEST)** and thus, pursuant to LR 5-4, caused same to be served by electronic mail on the following Filing Users:

Matthew B. Hippler, Esq. (SBN 7015)
Frank Z. LaForge, Esq. (SBN 12246)
Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511
mhippler@hollandhart.com
lzlaforge@hollandhart.com

          */s/ Teresa W. Stovak*
          An Employee of Robertson, Johnson, Miller & Williamson