G. DAVID ROBERTSON, ESQ. (NV Bar 1001)
KIRK C. JOHNSON, ESQ. (NV Bar 4299)
Robertson, Johnson, Miller & Williamson
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone No.: (775) 329-5600
Facsimile No.: (775) 348-8300
gdavid@nvlawyers.com
kirk@nvlawyers.com
Attorneys for Defendant/Counterclaimant ICON RENO
PROPERTY OWNER POOL 3 NEVADA, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MFR HOLDCO, LLC, a foreign limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ICON RENO PROPERTY OWNER POOL 3 NEVADA, LLC, a foreign limited liability Company,<br><br>Defendants. | Case No. 3:18-cv-00034-MMD-WGC |
| ICON RENO PROPERTY OWNER POOL 3 NEVADA, LLC, a foreign limited liability Company,<br><br>Counterclaimant.<br><br>vs.<br><br>MFR HOLDCO, LLC,; ACH FOAM TECHNOLOGIES, INC.; FRANK KIESECKER, JR., individually; RICHARD L. WALLER, individually; MICHAEL S. HUEMPFNER, individually,<br><br>Counterdefendants. | |

### STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS COUNTERCLAIM (FIFTH REQUEST)

**WHEREAS,** Counterdefendants Kiesecker, Waller and Huempfner filed a Motion to Dismiss Counterclaim (ECF 52) on February 26, 2019 ("the Motion");

**WHEREAS**, Counterclaimant's opposition to the Motion is currently due on or before May 17, 2019;

**WHEREAS,** the parties participated in a mediation on March 4, 2019, and reached a tentative settlement of the action;

**WHEREAS,** the parties appear to have hopefully resolved the last remaining issue with the latest settlement agreement changes now awaiting final approval from a few of the interested parties;

**WHEREAS,** the terms of the settlement agreement have led some of the parties to seek insurance coverage for issues addressed in the agreement and which insurance issues those parties are still working through with their insurers and which need to be resolved before the parties can execute the settlement agreement;

**WHEREAS**, the settlement will obviate the need for Counterclaimant to file an opposition to the Motion and save judicial resources; and

**WHEREAS**, the parties agree that the Counterclaimant should not be required to expend time and money opposing the Motion if the parties can finish finalizing their settlement, such that an extension of time for Counterclaimaint to file said opposition, while the parties work to finalize their settlement, makes good sense,

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, that Counterclaimant Icon Reno Property Owner Pool 3 Nevada, LLC shall have to and including June 14, 2019, to file its opposition to Plaintiff's Motion to Dismiss Counterclaim in this action.

**IT IS SO STIPULATED:**

DATED: May 17, 2019      DATED: May 17, 2019.

HOLLAND & HART LLP      ROBERTSON, JOHNSON MILLER & WILLIAMSON

By: /s/ *Matthew B. Hippler*
    Matthew B. Hippler, Esq.
    Frank Z. LaForge, Esq.
    *Attorneys for Plaintiff/*
    *Counterdefendants*

By: */s/ Kirk C. Johnson*
    Kirk C. Johnson, Esq.
    *Attorneys for Defendant/*
    *Counterclaimant*

**ORDER**

**IT IS SO ORDERED**:

UNITED STATES DISTRICT JUDGE
DATED: May 20, 2019

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS COUNTERCLAIM
(FIFTH REQUEST)
PAGE 2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and Local Rule 5-4, I hereby certify that I am an employee of Robertson, Johnson, Miller & Williamson, over the age of eighteen, and not a party to the within action. I further certify that on the 17th day of May, 2019, I electronically filed this **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS COUNTERCLAIM (FIFTH REQUEST)** and thus, pursuant to LR 5-4, caused same to be served by electronic mail on the following Filing Users:

Matthew B. Hippler, Esq. (SBN 7015)
Frank Z. LaForge, Esq. (SBN 12246)
Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511
mhippler@hollandhart.com
lzlaforge@hollandhart.com

 */s/ Teresa W. Stovak*
An Employee of Robertson, Johnson,
Miller & Williamson

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS COUNTERCLAIM
(FIFTH REQUEST)
PAGE 3