G. DAVID ROBERTSON, ESQ. (NV Bar 1001)
KIRK C. JOHNSON, ESQ. (NV Bar 4299)
Robertson, Johnson, Miller & Williamson
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone No.: (775) 329-5600
Facsimile No.: (775) 348-8300
gdavid@nvlawyers.com
kirk@nvlawyers.com
Attorneys for Defendant/Counterclaimant ICON RENO
PROPERTY OWNER POOL 3 NEVADA, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MFR HOLDCO, LLC, a foreign limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ICON RENO PROPERTY OWNER POOL 3 NEVADA, LLC, a foreign limited liability Company,<br><br>Defendants. | Case No. 3:18-cv-00034-MMD-WGC |
| ICON RENO PROPERTY OWNER POOL 3 NEVADA, LLC, a foreign limited liability Company,<br><br>Counterclaimant.<br><br>vs.<br><br>MFR HOLDCO, LLC,; ACH FOAM TECHNOLOGIES, INC.; FRANK KIESECKER, JR., individually; RICHARD L. WALLER, individually; MICHAEL S. HUEMPFNER, individually,<br><br>Counterdefendants. | **ORDER RE:** |

## STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS COUNTERCLAIM (SIXTH REQUEST)

**WHEREAS,** Counterdefendants Kiesecker, Waller and Huempfner filed a Motion to Dismiss Counterclaim (ECF 52) on February 26, 2019 ("the Motion");

**WHEREAS**, Counterclaimant's opposition to the Motion is currently due on or before June 14, 2019;

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS COUNTERCLAIM (SIXTH REQUEST)
PAGE 1

**WHEREAS,** the parties participated in a mediation on March 4, 2019, and reached a tentative settlement of the action;

**WHEREAS,** the parties appear to have hopefully resolved the last remaining issue with the latest settlement agreement changes now awaiting final approval from a few of the interested parties;

**WHEREAS,** the terms of the settlement agreement have led some of the parties to seek insurance coverage for issues addressed in the agreement and which insurance issues those parties are still working through with their insurers and which need to be resolved before the parties can execute the settlement agreement;

**WHEREAS**, the settlement will obviate the need for Counterclaimant to file an opposition to the Motion and save judicial resources; and

**WHEREAS**, the parties agree that the Counterclaimant should not be required to expend time and money opposing the Motion if the parties can finish finalizing their settlement, such that an extension of time for Counterclaimaint to file said opposition, while the parties work to finalize their settlement, makes good sense,

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, that Counterclaimant Icon Reno Property Owner Pool 3 Nevada, LLC shall have to and including July 16, 2019, to file its opposition to Plaintiff's Motion to Dismiss Counterclaim in this action.

**IT IS SO STIPULATED:**

| | |
|---|---|
| DATED: June 14, 2019 | DATED: June 14, 2019. |
| HOLLAND & HART LLP | ROBERTSON, JOHNSON MILLER & WILLIAMSON |
| By: /s/ *Matthew B. Hippler* <br> Matthew B. Hippler, Esq. <br> Frank Z. LaForge, Esq. <br> *Attorneys for Plaintiff/ Counterdefendants* | By: */s/ Kirk C. Johnson* <br> Kirk C. Johnson, Esq. <br> *Attorneys for Defendant/ Counterclaimant* |

## **ORDER**

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE
DATED: June 17th, 2019

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b) and Local Rule 5-4, I hereby certify that I am an employee of Robertson, Johnson, Miller & Williamson, over the age of eighteen, and not a party to the within action. I further certify that on the 14th day of June, 2019, I electronically filed this **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS COUNTERCLAIM (SIXTH REQUEST)** and thus, pursuant to LR 5-4, caused same to be served by electronic mail on the following Filing Users:

> Matthew B. Hippler, Esq. (SBN 7015)
> Frank Z. LaForge, Esq. (SBN 12246)
> Holland & Hart LLP
> 5441 Kietzke Lane, Second Floor
> Reno, NV 89511
> mhippler@hollandhart.com
> lzlaforge@hollandhart.com

*/s/ Teresa W. Stovak*
An Employee of Robertson, Johnson, Miller & Williamson