Matthew B. Hippler (SBN 7015)
Frank Z. LaForge (SBN 12246)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Phone: 775-327-3049
Fax: 775-786-6179
mhippler@hollandhart.com
fzlaforge@hollandhart.com

*Attorneys for Plaintiff/Counter-defendant and Counter-defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MFR HOLDCO, LLC, a foreign limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ICON RENO PROPERTY OWNER POOL 3 NEVADA, LLC, a foreign limited liability company,<br><br>Defendant. | Case No. 3:18-cv-00034-MMD-WGC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| ICON RENO PROPERTY OWNER POOL 3 NEVADA, LLC, a foreign limited liability Company,<br><br>Counter-claimant.<br><br>v.<br><br>MFR HOLDCO, LLC; ACH FOAM TECHNOLOGIES, INC.; FRANK KIESECKER, JR., individually; RICHARD L. WALLER, individually; MICHAEL S. HUEMPFNER, individually,<br><br>Counter-defendants. | |

Plaintiff/Counter-Defendant, MFR Holdco, LLC, Counter-Defendant ACH Foam Technologies, Inc., Counter-Defendant, Michael S. Huempfner, Counter-Defendant, Richard L. Waller, and Counter-Defendant, Frank Kiesecker, by and through their undersigned counsel of record, and Defendant/Counter-Claimant, ICON Reno Property Owner Pool 3 Nevada, LLC, by

1

and through its undersigned counsel of record, hereby stipulate and agree that Plaintiff's First Amended Complaint, Counter-Claimant's Counterclaim, and any and all claims or counterclaims whatsoever shall be dismissed in their entirety with prejudice (subject to the terms of the Settlement Agreement and Mutual Releases executed by the parties), and with each of the above parties bearing their own attorneys' fees and costs that are related to or arising from this action.

DATED this 16th day of July 2019.

/s/ Matthew B. Hippler
Matthew B. Hippler (SBN 7015)
Frank Z. LaForge (SBN 12246)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Tel. 775/ 327-3000
Fax 775/ 786-6179

*Attorneys for Plaintiff/Counter-Defendant, MFR Holdco, LLC, Counter-Defendant ACH Foam Technologies, Inc., Counter-Defendant, Michael S. Huempfner, Counter-Defendant, Richard L. Waller, Counter-Defendant, Frank Kiesecker*

DATED this 16th day of July 2019.

/s/ Kirk C. Johnson
Kirk C. Johnson (SBN 4299)
ROBERTSON, JOHNSON
MILLER & WILLIAMSON
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone: (775) 329-5600
Facsimile: (775) 348-8300

*Attorneys for Defendant/Counter-Claimant, ICON Reno Property Owner Pool 3 Nevada, LLC*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 16, 2019

2